**Opinion issued January 21, 2016**



In The

# Court of Appeals

For The

# First District of Texas

—————————————

## NO. 01-15-00452-CV

—————————————

## SILVER GRYPHON, L.L.C., Appellant

## V.

## THE BANK OF NEW YORK-MELLON, TRUSTEE, and CLYDE GIBSON, Appellees

—————————————

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Case No. 2014-37714**

—————————————

### MEMORANDUM OPINION

Appellant, Silver Gryphon, L.L.C., has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.941(a), 101.041 (West 2013);

Order Regarding Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and before the Judicial Panel on Multi-district Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 42.3(b), (c).

We dismiss the appeal for nonpayment of all required fees and for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.